## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| BO SHEN, Individually and On Behalf of All Others Similarly Situated, §§§§§ | |
| Plaintiff, §§ | |
| v. §§§ | Civil Action No. 3:20-cv-00691-D |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS AND PAR CHADHA, §§§§ | |
| Defendants. §§§ | |

## [PROPOSED] ORDER GRANTING
## DEFENDANTS' MOTION TO DISMISS

After considering Defendants Exela Technologies, Inc. ("Exela"), Ronald Cogburn, James G. Reynolds and Par Chadha ("Defendants") motion to dismiss Plaintiffs' Amended Complaint, Plaintiffs' response, any reply, and the applicable law, the Court GRANTS Defendants' motion to dismiss and ORDERS that Plaintiffs' Amended Complaint is DISMISSED with prejudice.

SO ORDERED THIS ___ DAY OF _____, 2020.

_____
United States Senior District Judge
Sidney A. Fitzwater