**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BO SHEN, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:20-cv-00691-D |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS AND PAR CHADHA, | § § § § | |
| Defendants. | § § § | |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

After considering the motion to dismiss Plaintiffs' Second Amended Complaint filed by Defendants Exela Technologies, Inc. ("Exela"), Ronald Cogburn, James G. Reynolds, and Par Chadha ("Defendants"), as well as all responsive briefing, the relevant pleadings, and all other filings and exhibits properly considered in deciding a motion to dismiss under Fed. R. Civ. P. 12(b)(6), the Court GRANTS Defendants' motion to dismiss for the reasons stated therein and ORDERS that Plaintiffs' Second Amended Complaint is DISMISSED with prejudice.

SO ORDERED THIS ___ DAY OF _____, 2021.

_____
United States Senior District Judge
Sidney A. Fitzwater