## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, AND PAR CHADHA<br><br>Defendants. | Case No. 3:20-cv-00691-D<br><br><br>**DECLARATION OF KARA M. WOLKE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

I, Kara M. Wolke, do hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California, and have appeared in this matter *pro hac vice*. I am a Partner at the law firm of Glancy Prongay Murray LLP, lead counsel for Lead Plaintiffs, Insur Shamgunov and Elena Shamgunova.

2.      I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Second Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to them.

3.       Exhibit 1 to this declaration is a true and correct copy of relevant sections of Account Standards Codification ("ASC") Rule 450.

4.      Exhibit 2 to this declaration is a true and correct copy of ASC Rule 606.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 13th day of October, 2021, at Los Angeles, California.

*/s/ Kara M. Wolke*
KARA M. WOLKE

731654.1

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On October 13, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of Texas, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on October 13, 2021.


*s/ Kara M. Wolke*
Kara M. Wolke