## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, AND PAR CHADHA<br><br>Defendants. | Case No. 3:20-cv-00691-D |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF CO-LEAD PLAINTIFF ELENA SHAMGUNOVA CLAIMS AGAINST DEFENDANTS

The Court grants Plaintiffs' Unopposed Motion for Voluntary Dismissal of Co-Lead Plaintiff Elena Shamgunova's Claims Against Defendants, providing that:

1. Elena Shamgunova withdraws her role as a Co-Lead Plaintiff against Defendants subject to the limitations in paragraph 3 below;

2. Elena Shamgunova relinquishes her role as a Co-Lead Plaintiff for the Class claims against Defendants with prejudice and shall not file any further motion or request to serve as a Lead Plaintiff or Co-Lead Plaintiff in this matter;

3. Elena Shamgunova shall retain her rights as a putative class member; and

4. Lead Plaintiff Insur Shamgunov will continue to pursue the claims at issue, both individually and in his capacity as Court-appointed Lead Plaintiff on behalf of the Class of investors.

SIGNED THIS __ DAY OF _____, 2022

_____
UNITED STATES DISTRICT JUDGE

1