**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, and PAR CHADHA<br><br>Defendants. | Case No. 3:20-cv-00691-D |

**[PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION AND**
<u>**APPOINTMENT OF CLASS REPRESENTATIVE AND CLASS COUNSEL**</u>

Having considered the Motion for Class Certification and Appointment of Class Representative and Class Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The action is hereby certified to proceed as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure for the following Class:

   All persons and entities that purchased or otherwise acquired publicly-traded securities of Exela Technologies, Inc. ("Exela") during the period March 16, 2018 and March 16, 2020, both dates inclusive (the "Class Period"), and were damaged thereby. Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, and directors of Exela; (iii) blood relatives and household members of any person excluded under (i) or (ii); and (iv) any entities affiliated with, controlled by, or more than 10% owned by, any person or entity excluded under (i) through (iii); and (v) the legal representatives, heirs, successors, or assigns of any person or entity excluded under (i) through (iv).

3. Insur Shamgunov is hereby appointed Class Representative; and

4. Glancy Prongay & Murray LLP is hereby appointed as Class Counsel and The Kendall Law Group, LLP ("Kendall Firm") is hereby appointed as Local Counsel for the Class.


**IT IS SO ORDERED**


Dated: _____, 2023


_____
HONORABLE SIDNEY A FITZWATER
UNITED STATES DISTRICT JUDGE


1