## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

|  |  |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>      v.<br><br>EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, and PAR CHADHA<br><br>               Defendants. | Case No. 3:20-cv-00691-D |

## DECLARATION OF KARA M. WOLKE IN SUPPORT OF THE MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF <u>CLASS REPRESENTATIVE AND CLASS COUNSEL</u>

I, Kara M. Wolke, hereby declare:

1.     I am a partner with the law firm Glancy Prongay & Murray LLP, counsel for Plaintiff Insur Shamgunov ("Plaintiff") and Lead Counsel for the Class in the above-captioned action. I am an attorney duly licensed to practice law in the State of California and I am admitted pro hac vice in this action. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately.

2.     I make this declaration, together with the attached exhibits, in support of the Motion for Class Certification and Appointment of Class Representative and Class Counsel.

3.     Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Dr. Adam Werner ("Werner Report") and the exhibits attached thereto.

4.     Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Insur Shamgunov in Support of Plaintiffs' Motion for Class Certification.

5.     Attached hereto as **Exhibit C** is a true and correct copy of the firm résumé of Glancy Prongay & Murray LLP, proposed Class Counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 14th day of April 2023.

/s/ *Kara M. Wolke*
Kara M. Wolke

1

## **PROOF OF SERVICE**

I hereby certify that on this 14th day of April, 2023, a true and correct copy of the foregoing document was served via CM/ECF to the parties registered on the Court's CM/ECF system.

*s/ Kara M. Wolke*
Kara M. Wolke