# EXHIBIT B

DocuSign Envelope ID: 6ADD6E32-62AE-4714-82C9-10B7104CA58D

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No. 3:20-cv-00691-D |
| v. | |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, and PAR CHADHA | |
| Defendants. | |

**DECLARATION OF INSUR SHAMGUNOV IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, Dr. Insur Shamgunov, declare as follows:

1.      I am one of the lead plaintiffs in the above-captioned consolidated action. I submit this declaration in support of Plaintiffs' Motion for Class Certification. I have personal knowledge of the facts stated in this declaration. If called upon to do so, I could and would competently testify to these facts.

2.      I purchased 300 shares of Exela Technologies, Inc. ("Exela") common stock on April 8, 2019, at $ 3.78 per share. I purchased 1,700 shares of Exela common stock on April 26, 2019, at $3.38 per share. I purchased 3,000 shares of Exela common stock on August 16, 2019, at $1.15 per share. I purchased 4,000 shares of Exela common stock on October 22, 2019, at $0.82 per share. I made the transactions through my brokerage account at Interactive Investor Services Limited.

3.      I invested in Exela based upon the research that I conducted into the company and its financial performance and forecasts, which included news articles, and press releases.

4.      I joined this securities class action on behalf of all persons and entities who purchased or acquired the securities of Exela between March 16, 2018 and March 16, 2020, inclusive (the "Class Period"), and were damaged thereby (the "Class").

5.      I seek to be appointed Class Representative. I am committed to vigorously prosecuting this litigation and, should I be appointed as Class Representative, I intend to obtain the largest recovery for the Class consistent with good faith and sound judgment. I believe that I have the ability to adequately represent the interests of all investors who purchased or acquired the securities of Exela during the Class Period, and were damaged thereby.

6.      Since commencement of this action, I have supervised and monitored the progress of this litigation. For example, I have: (a) received regular status reports from counsel;

(b) participated in discussions with counsel concerning significant developments in this litigation; (c) reviewed pleadings in this matter; (d) responded to discovery; and (e) am available to have my deposition taken.

7.     I am committed to continuing to supervise, monitor, and participate in the ongoing prosecution of this action and, should I be appointed class representative, to fulfilling my fiduciary duty to all members of the proposed Class to provide fair and adequate representation. I intend to continue to provide fair and adequate representation by, among other things, participating in discovery, remaining aware of the progress of the litigation, and directing the efforts of my counsel, Glancy Prongay & Murray LLP, whom the Court previously appointed as Lead Counsel.

8.     I retained Glancy Prongay & Murray LLP based on their experience, resources, and expertise in prosecuting securities class actions. I believe Glancy Prongay and Murray LLP and the Kendall Law Group, PLLC possess the necessary financial and human resources to prosecute this case effectively as Class Counsel.  I believe that the proposed Class Counsel have done well to this point by, for example, defeating defendants' multiple efforts to dismiss this action.

9.     I have kept, and will continue to keep, myself informed of the status and progress of this action, the strengths and weaknesses of the case, and the prospects for settlement.  I will consult with counsel regarding major litigation event, such as important motions, settlement discussions, trial preparation, and trial.  I recognize my duty (as a fiduciary) to act in the best interest of the proposed Class and, if appointed as class representative, I will take all steps necessary to fulfill that duty.

I declare under penalty of perjury under the laws of the United States of America and the state of Texas that the foregoing is true and correct.

DocuSign Envelope ID: 6ADD6E32-62AE-4714-82C9-10B7104CA58D

Executed this 6_____ day of April 2023, at Liverpool_____, United Kingdom.

_____ Insur Shamgunov _____

Dr. Insur Shamgunov