# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| BO SHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>EXELA TECHNOLOGIES, INC., RONALD COGBURN,  JAMES G. REYNOLDS AND PAR CHADHA,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:20-cv-00691-D |

## DEFENDANTS' UNOPPOSED MOTION TO STAY LITIGATION PENDING SETTLEMENT APPROVAL PROCEEDINGS

With Plaintiff's consent, Defendants advise the Court that the parties have reached a mediated settlement of this matter. The parties are in the process of preparing the settlement agreement and motion for preliminary approval, which the parties intend to submit for Court as soon as practicable. Defendants respectfully request that the Court stay all other proceedings in this suit and hold all other pending motions and deadlines in abeyance pending the outcome of the settlement approval proceedings. The parties anticipate being able to submit settlement documents to the Court within 45 days. Plaintiff does not oppose this motion.

RESPECTFULLY SUBMITTED,


By:  /s/ Peter A. Stokes

**NORTON ROSE FULBRIGHT US LLP**

Gerard G. Pecht (Attorney-in-Charge)
State Bar No. 15701800
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:  (713) 651-5151

Ellen B. Sessions
State Bar No. 00796282
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7921
Telephone: (214) 855-7465

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I certify that I filed this document on June 5, 2023, through the Court's ECF system, which automatically transmits the filing to all counsel of record for all parties in this litigation.

/s/ Peter A. Stokes

Exela-Schedule (GPM)(634950.1).docx