**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BO SHEN, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | |
| | § | Civil Action No. 3:20-cv-00691-D |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN,  JAMES G. REYNOLDS AND PAR CHADHA, | § § § § | |
| Defendants. | § § § | |

## **ORDER**

In light of the parties' settlement, and for good cause shown, the Court stays all pending and further proceedings in this matter pending the outcome of the settlement approval proceedings. All pending motions will be held in abatement during this time. The parties are directed to file a settlement agreement and motion for preliminary approval within 45 days of this order.

SIGNED this _____ day of _____, 2023

_____
UNITED STATES DISTRICT JUDGE

- 1 -