IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BO SHEN, Individually and On Behalf of All Others Similarly Situated, § § § | |
| Plaintiff, § | |
| v. § § | Civil Action No. 3:20-CV-0691-D |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS AND PAR CHADHA, § § § § | |
| Defendants. § § | |

**<u>ORDER</u>**

In light of the parties' settlement, and for good cause shown, the Court stays all pending and further proceedings in this matter pending the outcome of the settlement approval proceedings. All pending motions will be held in abatement during this time and are statistically terminated. The parties are directed to file a settlement agreement and motion for preliminary approval within 45 days of this order.

SIGNED June 5, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE