**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, and PAR CHADHA <br><br> Defendants. | Case No. 3:20-cv-00691-D |

**ORDER GRANTING LEAD PLAINTIFF'S EMERGENCY
MOTION TO ENFORCE SETTLEMENT AGREEMENT**

The Court grants Lead Plaintiff's Emergency Motion to Enforce Settlement Agreement. Defendants, jointly and severally, are hereby ordered to fund the remaining amount of $496,245.27 owed under the Settlement Agreement within two business days from the date of this Order. Any failure to comply with this Order may result in contempt of court proceedings. The Court further orders that the individual Defendants are subject to this Order regardless of whether Defendant Exela Technologies Inc., files for bankruptcy protection.

SIGNED THIS ___ DAY OF _____, 2023

THE HONORABLE SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

860462.1