**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No. 3:20-cv-00691-D |
| v. | |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, and PAR CHADHA | |
| Defendants. | |

**DECLARATION OF JOSEPH D. COHEN IN SUPPORT OF LEAD PLAINTIFF'S**
**EMERGENCY MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**

I, Joseph D. Cohen, hereby declare:

1.      I am a partner at the law firm Glancy Prongay & Murray LLP ("GPM").[1]  GPM is the Court-appointed Lead Counsel in the above-captioned action (the "Action").  *See* ECF No. 11. I am an attorney duly licensed to practice law in the State of California, and I am admitted *pro hac vice* in this Action.  I have been practicing law since 1991 and have never been the subject of any disciplinary actions by either the state bar or any court.  I have never been sanctioned by a court. I am over 18 years of age and I am fully competent in all respects to make this Declaration.  I have personal knowledge of the facts set forth herein.  If called upon to testify, I could and would do so truthfully and accurately.

### ALL CONDITIONS PRECENDNT TO PAYMENT HAVE BEEN MET

2.      The Parties entered the Stipulation on July 27, 2023.  *See* ECF No. 91, Ex. 2.

3.      The Stipulation provides for a payment of five million dollars ($5,000,000) in cash (the "Settlement Amount").  *Id*. at ¶1(tt).

4.      The Stipulation further provides, in relevant part, that:

> In consideration of the settlement of the Released Plaintiff's Claims against Defendants and the other Defendants' Releasees, Defendants shall pay or cause to be paid the Settlement Amount into the Escrow Account no later than twenty (20) business days after the later of: (a) the date of entry by the Court of an order preliminarily approving this Settlement; or (b) Defendants' Counsel's receipt from Lead Counsel of the information necessary to effectuate a transfer of funds to the Escrow Account, including wiring instructions that include the bank name and ABA routing number, account name and number, and a signed W-9 reflecting a valid taxpayer identification number for the qualified settlement fund in which the Settlement Amount is to be deposited.

*Id*. at ¶8.  Thus, the payment deadline was triggered by the later of two events: (a) entry of the

---

[1] Unless otherwise defined, all capitalized terms herein have the same meanings as set forth in the Stipulation and Agreement of Settlement dated July 27, 2023 ("the Stipulation" or the "Settlement Agreement").  ECF No. 91, Ex. 2.

preliminary approval order; and (b) Defendants' Counsel's receipt of funding instructions and a signed W-9 reflecting a valid taxpayer identification number for the qualified settlement fund in which the Settlement Amount was to be deposited.

5.      On August 21, 2023, the Court entered the Order Preliminarily Approving Settlement and Providing for Notice.  ECF No. 94.

6.      On August 25, 2023, I emailed counsel for the Defendants, Peter Stokes, Esq., of Norton Rose Fulbright US LLP, a signed W-9 reflecting a valid taxpayer identification number for the qualified settlement fund in which the Settlement Amount is to be deposited, as well as wiring instructions.  A true and correct copy of that email chain, not including the wiring instructions or W-9, is attached hereto as Exhibit 1.[2]  The email provided, in part, "[i]f you would confirm receipt and that you do not need anything else from us to fund, we would very much appreciate it."  *Id*. (emphasis in the original).

7.      By email that same day, Mr. Stokes confirmed receipt and stated, in part, "[w]e will calendar the payment date as 20 business days from today, which we calculate to be ***Friday, Sept. 22***."  *Id*. (emphasis added).

### DEFENDANTS HAVE NOT PAID $496,245.27 OF THE $5.0 MILLION SETTLEMENT AMOUNT

8.      By email dated September 13, 2023, Mr. Stokes asked me to check the escrow account to see if any portions of the settlement payment had been received.  That same day I

---

[2] Lead Counsel has redacted some information related to the wires and funding source from the email chains.  Lead Counsel does not believe this information is relevant to Lead Plaintiff's Motion.  If, however, the Court would like unredacted versions, Lead Plaintiff respectfully requests that he be allowed to submit the email chain under seal for *in camera* review.

2

confirmed that "[t]he Escrow Agent received a wire in the amount of $4,013,754.73 from [name of insurance carrier] today." *Id.*[3]

9.     By email dated September 14, 2023, Mr. Stokes emailed Lead Counsel asking to extend the funding deadline for the remaining unpaid $987,000 for 28-days.  The email stated, in pertinent part:

> Please let us know if plaintiffs would consent to a 28-day extension of the Sept. 22 settlement escrow funding date for the remaining approximately $987,000 of the settlement fund.  The other $4,013,754.73 has been paid.  Happy to discuss if you would like.

A true and correct copy of that email is attached hereto, along with others in the email chain, as Exhibit 2.

10.     I spoke with Mr. Stokes that same day.  Mr. Stokes essentially told me that defendant Exela Technologies, Inc. was responsible for the remaining payment and that it had other obligations it would like to pay first.  By email dated September 14, 2023, I told Mr. Stokes that Lead Counsel would "not agree to extend the September 22, 2023 funding date." *See id.*

11.     On September 18, 2023, Mr. Stokes emailed Lead Counsel asking, "[w]ould plaintiffs be willing to consider a shorter extension to the first week of October?" *Id.*

12.     On September 19, 2023, I emailed Mr. Stokes, stating that Lead Counsel would "not agree to extend the September 22, 2023 funding date." *Id.*

13.     No money was received by the Escrow Agent on the September 22, 2023, funding date, and $987,000 remained due and owing.

---

[3] All money received into the Escrow Account has been invested as provided for in the Settlement Agreement and is earning interest for the benefit of the Settlement Class.  Settlement Agreement, ¶10.

14.     Since September 22, 2023, was a Friday, Lead Counsel waited several days to see if a check had been sent to the Escrow Agent.

15.     On Tuesday, September 26, 2023, following confirmation from the Escrow Agent that no additional funds had been received into the Escrow Account, I emailed Mr. Stokes.  The email stated, in part:

> The escrow agent has advised us that they did not receive the balance of $987,000 of the settlement fund that was due September 22.  As you know, your clients are in breach of the Settlement Agreement.  Please confirm by no later than 5:00 p.m., PDT, on Wednesday, September 27 that your client will be making the payment by the end of the week, October 1.  If we do not have that assurance, and if payment is not made by the end of the week, we intend to move the Court to enforce the Stipulation.
>
> Your clients' desire to pay other people/entities prior to the Settlement Class is not an excuse for failing to make the payment.  If they have the money, they should make the payment.  If they cannot make the payment, they should tell us and the Court now.  There is a binding agreement that the parties put before Judge Fitzwater that he preliminarily approved.  We strongly doubt he will countenance a failure to abide by that agreement.

*Id*.

16.     On Thursday, September 28, 2028, Mr. Stokes emailed me, stating: "I anticipate they will pay tomorrow but am awaiting confirmation." *Id*.

17.     On Friday, September 29, 2023, the Escrow Agent received a wire in the amount of $490,000 in the Escrow Account.  Accordingly, there remained outstanding $496,245.27.

18.     I emailed Mr. Stokes regarding the money owed on October 2, 2023.  The email stated, in part:

> The escrow agent received a wire for the Exela Securities Litigation QSF on Friday.  As indicated below, Defendants still need to pay, or cause to be paid, approximately $497,000.  Please confirm by no later than 5:00 p.m., PDT, on Wednesday, October 4, that your clients will be making the payment by the end of the day Friday, October 6.  If we do not have that assurance, and if payment is not made by then, we intend to move the Court to enforce the Stipulation.

4

*Id.*

19.     To date, the Escrow Agent has not received any more money into the Escrow Account.

### NOTICE HAS BEEN GIVEN TO THE SETTLEMENT CLASS

20.     Pursuant to the Preliminary Approval Order, Lead Counsel has worked with the Court-appointed Claims Administrator to give notice to the Settlement Class.  Among other things, the settlement website (https://www.ExelaSecuritiesLitigation.com/) has gone live, and I have been informed by the Claims Administrator that pursuant the Court's Preliminary Approval Order, the Summary Notice has been published in *Investor's Business Daily* and released via *PR Newswire*, and notice has been disseminated to approximately 1,272 potential Settlement Class Members, brokerage firms, banks, institutions, and other nominees.

### DEFENDANTS TAKE NO POSITION ON THIS MOTION

21.     On October 12, 2023, I emailed Mr. Stokes advising him of the instant Motion for Enforcement.  Mr. Stokes responded that same day, stating:

> Exela intends to pay the remainder, which we have instructed them to do.  We have made them aware of your proposed motion and take no position on it, other than to reiterate Exela's intent to pay.

A true and correct copy of the October 12, 2023, email exchange with Mr. Stokes, along with the email chain that preceded it, is attached hereto as Exhibit 3.

22.     In one last effort to avoid burdening the Court with this Motion, during the same October 12 exchange of email correspondence, I advised Mr. Stokes that absent confirmation Defendants would fund by October 16, 2023, Lead Plaintiff would file this Motion for Enforcement.  *See* Ex. 3.  I received no such confirmation as of the time of filing this Motion for Enforcement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of October, 2023.

/s/ *Joseph D. Cohen*
Joseph D. Cohen