# EXHIBIT 1

**Ray Sulentic**

| | |
|---|---|
| **From:** | Joseph Cohen |
| **Sent:** | Wednesday, September 13, 2023 9:18 AM |
| **To:** | Peter A. Stokes |
| **Subject:** | RE: Exela Securities Settlement Funding Instructions |

Hi Peter,

All is well here and I hope the same is true for you.  The Escrow Agent received a wire in the amount of $4,013,754.73 from ▮▮▮▮▮▮ today.  I will let you know when we receive additional funds.

Thank you and I hope you have a great day!
Joe

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Wednesday, September 13, 2023 7:56 AM
**To:** Joseph Cohen <JCohen@glancylaw.com>
**Subject:** RE: Exela Securities Settlement Funding Instructions

Joe,
I hope all is well.  Can you check with the escrow account to see if any portions of the settlement payment have been received?  Thanks.

**Peter A. Stokes** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 5287 | Fax +1 512 536 4598
peter.stokes@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT**

*Law around the world*
nortonrosefulbright.com

**From:** Joseph Cohen <JCohen@glancylaw.com>
**Sent:** Thursday, August 24, 2023 3:30 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Subject:** RE: Exela Securities Settlement Funding Instructions

Thank you, Peter.  I come up with the same date.  Have a good evening!  Joe

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Thursday, August 24, 2023 1:26 PM
**To:** Joseph Cohen <JCohen@glancylaw.com>
**Cc:** Kelly A. Potter <kelly.potter@nortonrosefulbright.com>; Kara Wolke <KWolke@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>
**Subject:** RE: Exela Securities Settlement Funding Instructions

Thanks Joe.  We will calendar the payment date as 20 business days from today, which we calculate to be Friday, Sept. 22.  Please let me know if you have a different calculation for the payment date.

---

**From:** Joseph Cohen <JCohen@glancylaw.com>
**Sent:** Thursday, August 24, 2023 3:21 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Cc:** Kelly A. Potter <kelly.potter@nortonrosefulbright.com>; Kara Wolke <KWolke@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>
**Subject:** Exela Securities Settlement Funding Instructions

**[External Email – Use Caution]**

Hi Peter,

I hope this email finds you well.  Attached are the funding instructions and W-9.  If you would confirm receipt and that you do not need anything else from us to fund, we would very much appreciate it.

Thank you and I hope you have a great day!

Best,
Joe

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# EXHIBIT 2

**Ray Sulentic**

| | |
|---|---|
| **From:** | Joseph Cohen |
| **Sent:** | Monday, October 2, 2023 6:01 PM |
| **To:** | Peter A. Stokes; Ray Sulentic; Kara Wolke |
| **Cc:** | jkendall@kendalllawgroup.com |
| **Subject:** | RE: Exela Settlement Payment |

Dear Peter,

The escrow agent received a wire for the Exela Securities Litigation QSF on Friday. As indicated below, Defendants still need to pay, or cause to be paid, approximately $497,000. Please confirm by no later than 5:00 p.m., PDT, on Wednesday, October 4, that your clients will be making the payment by the end of the day Friday, October 6. If we do not have that assurance, and if payment is not made by then, we intend to move the Court to enforce the Stipulation.

Yours truly,
Joe

**Exela Securities Litigation QSF**

| Date | Description | Federal Reference Number | Amount |
|---|---|---|---|
| 9/13/2023 | ██████████████ | ██████████████████ | $4,013,754.73 |
| 9/29/2023 | SourceHOV LLC | 0929J3Q5021C00290109291553FT03 | $490,000.00 |
| | **TOTAL** | | **$4,503,754.73** |

| | |
|---|---|
| Total Settlement Amount | $5,000,000.00 |
| Outstanding | $496,245.27 |

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Thursday, September 28, 2023 6:26 AM
**To:** Joseph Cohen <JCohen@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Cc:** jkendall@kendalllawgroup.com
**Subject:** RE: Exela Settlement Payment

I anticipate they will pay tomorrow but am awaiting confirmation.

**From:** Joseph Cohen <JCohen@glancylaw.com>
**Sent:** Tuesday, September 26, 2023 1:08 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Cc:** jkendall@kendalllawgroup.com
**Subject:** RE: Exela Settlement Payment
**Importance:** High

Dear Peter,

1

The escrow agent has advised us that they did not receive the balance of $987,000 of the settlement fund that was due September 22.  As you know, your clients are in breach of the Settlement Agreement.  Please confirm by no later than 5:00 p.m., PDT, on Wednesday, September 27 that your client will be making the payment by the end of the week, October 1.  If we do not have that assurance, and if payment is not made by the end of the week, we intend to move the Court to enforce the Stipulation.

Your clients' desire to pay other people/entities prior to the Settlement Class is not an excuse for failing to make the payment.  If they have the money, they should make the payment.  If they cannot make the payment, they should tell us and the Court now.  There is a binding agreement that the parties put before Judge Fitzwater that he preliminarily approved.  We strongly doubt he will countenance a failure to abide by that agreement.

Yours truly,
Joe

---

**From:** Joseph Cohen
**Sent:** Tuesday, September 19, 2023 3:11 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Subject:** RE: Exela Settlement Payment

Hi Peter,

Hope all is well.  We have discussed internally and will not agree to will not agree to extend the September 22, 2023 funding date.

Yours truly,
Joe

---

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Monday, September 18, 2023 2:45 PM
**To:** Joseph Cohen <JCohen@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Subject:** RE: Exela Settlement Payment

Thanks.  Would plaintiffs be willing to consider a shorter extension to the first week of October?

**Peter A. Stokes** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 5287 | Fax +1 512 536 4598
peter.stokes@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

---

**From:** Joseph Cohen <JCohen@glancylaw.com>
**Sent:** Thursday, September 14, 2023 2:39 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke

<KWolke@glancylaw.com>
**Subject:** RE: Exela Settlement Payment

Hi Peter,

Thank you for taking the time to speak with me today.  We have conferred internally and will not agree to extend the September 22, 2023 funding date.

Yours truly,
Joe

---

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Thursday, September 14, 2023 8:10 AM
**To:** Joseph Cohen <JCohen@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Subject:** Exela Settlement Payment

Kara, Ray, and Joe,
I hope all is well.  Please let us know if plaintiffs would consent to a 28-day extension of the Sept. 22 settlement escrow funding date for the remaining approximately $987,000 of the settlement fund.  The other $4,013,754.73 has been paid.  Happy to discuss if you would like.  Thanks.


**Peter A. Stokes** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 5287 | Fax +1 512 536 4598
peter.stokes@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com


**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

# EXHIBIT 3

**Ray Sulentic**

| | |
|---|---|
| **From:** | Joseph Cohen |
| **Sent:** | Thursday, October 12, 2023 1:48 PM |
| **To:** | Peter A. Stokes; Ray Sulentic; Kara Wolke |
| **Cc:** | jkendall@kendalllawgroup.com |
| **Subject:** | RE: Exela Settlement Payment |

| | |
|---|---|
| **Importance:** | High |

Dear Peter,

We are encouraged to hear that the company intends to pay, which they are required to do in any event.  Please confirm by 5:00 p.m. Pacific today that payment of all outstanding amounts will be paid by 5:00 p.m. Eastern on Monday, October 16.  We note that while we never consented to any extensions, October 16th falls after the extension to "the first week of October" you sought on September 18, and just four days shy of the 28-day extension you initially sought on September 14th, so it should be feasible for Defendants. Thus, absent that assurance by 5:00 Pacific today, we will go ahead and file our motion today.  We will, of course, withdraw it in the event of payment.  If we move to compel, we intend to ask the Court to enforce the settlement against all Defendants, jointly and severally.  *See Penton v. Am. Bankers Ins. Co. of Fla.*, 114 F. App'x 622, 626 (5th Cir. 2004) (holding parties to settlement agreement are presumptively jointly and severally liable absent specific language disclaiming joint and several liability).

Yours truly,
Joe

---

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Thursday, October 12, 2023 1:07 PM
**To:** Joseph Cohen <JCohen@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Cc:** jkendall@kendalllawgroup.com
**Subject:** RE: Exela Settlement Payment

Joe,
Exela intends to pay the remainder, which we have instructed them to do.  We have made them aware of your proposed motion and take no position on it, other than to reiterate Exela's intent to pay.

**Peter A. Stokes** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 5287 | Fax +1 512 536 4598
peter.stokes@nortonrosefulbright.com

# NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**From:** Joseph Cohen <JCohen@glancylaw.com>
**Sent:** Thursday, October 12, 2023 1:29 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Cc:** jkendall@kendalllawgroup.com
**Subject:** RE: Exela Settlement Payment
**Importance:** High

Dear Peter,

We were disappointed not to hear back from you and, unfortunately, we still have not received the outstanding payment.  Accordingly, as indicated below, we be moving later today to enforce the Stipulation and compel payment.  Please let us know by 4:00 Pacific, today, if your clients are going to oppose the motion.

Thank you.

Best,
Joe


**From:** Joseph Cohen
**Sent:** Monday, October 2, 2023 6:01 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Cc:** jkendall@kendalllawgroup.com
**Subject:** RE: Exela Settlement Payment

Dear Peter,

The escrow agent received a wire for the Exela Securities Litigation QSF on Friday.  As indicated below, Defendants still need to pay, or cause to be paid, approximately $497,000.  Please confirm by no later than 5:00 p.m., PDT, on Wednesday, October 4, that your clients will be making the payment by the end of the day Friday, October 6.  If we do not have that assurance, and if payment is not made by then, we intend to move the Court to enforce the Stipulation.

Yours truly,
Joe

**Exela Securities Litigation QSF**

| Date | Description | Federal Reference Number | Amount |
|---|---|---|---|
| 9/13/2023 | ███████████████ | ███████████████████ | $4,013,754.73 |
| 9/29/2023 | SourceHOV LLC | 0929J3Q5021C00290109291553FT03 | $490,000.00 |
|  |  | **TOTAL** | **$4,503,754.73** |
|  |  | Total Settlement Amount | $5,000,000.00 |
|  |  | Outstanding | $496,245.27 |

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Thursday, September 28, 2023 6:26 AM

2

**To:** Joseph Cohen <JCohen@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Cc:** jkendall@kendalllawgroup.com
**Subject:** RE: Exela Settlement Payment

I anticipate they will pay tomorrow but am awaiting confirmation.

---

**From:** Joseph Cohen <JCohen@glancylaw.com>
**Sent:** Tuesday, September 26, 2023 1:08 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Cc:** jkendall@kendalllawgroup.com
**Subject:** RE: Exela Settlement Payment
**Importance:** High

Dear Peter,

The escrow agent has advised us that they did not receive the balance of $987,000 of the settlement fund that was due September 22. As you know, your clients are in breach of the Settlement Agreement. Please confirm by no later than 5:00 p.m., PDT, on Wednesday, September 27 that your client will be making the payment by the end of the week, October 1. If we do not have that assurance, and if payment is not made by the end of the week, we intend to move the Court to enforce the Stipulation.

Your clients' desire to pay other people/entities prior to the Settlement Class is not an excuse for failing to make the payment. If they have the money, they should make the payment. If they cannot make the payment, they should tell us and the Court now. There is a binding agreement that the parties put before Judge Fitzwater that he preliminarily approved. We strongly doubt he will countenance a failure to abide by that agreement.

Yours truly,
Joe

---

**From:** Joseph Cohen
**Sent:** Tuesday, September 19, 2023 3:11 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Subject:** RE: Exela Settlement Payment

Hi Peter,

Hope all is well. We have discussed internally and will not agree to will not agree to extend the September 22, 2023 funding date.

Yours truly,
Joe

---

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Monday, September 18, 2023 2:45 PM
**To:** Joseph Cohen <JCohen@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Subject:** RE: Exela Settlement Payment

Thanks.  Would plaintiffs be willing to consider a shorter extension to the first week of October?


**Peter A. Stokes** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 5287 | Fax +1 512 536 4598
peter.stokes@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

---

**From:** Joseph Cohen <JCohen@glancylaw.com>
**Sent:** Thursday, September 14, 2023 2:39 PM
**To:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Subject:** RE: Exela Settlement Payment

Hi Peter,

Thank you for taking the time to speak with me today.  We have conferred internally and will not agree to extend the September 22, 2023 funding date.

Yours truly,
Joe


---

**From:** Peter A. Stokes <peter.stokes@nortonrosefulbright.com>
**Sent:** Thursday, September 14, 2023 8:10 AM
**To:** Joseph Cohen <JCohen@glancylaw.com>; Ray Sulentic <RSulentic@glancylaw.com>; Kara Wolke <KWolke@glancylaw.com>
**Subject:** Exela Settlement Payment

Kara, Ray, and Joe,
I hope all is well.  Please let us know if plaintiffs would consent to a 28-day extension of the Sept. 22 settlement escrow funding date for the remaining approximately $987,000 of the settlement fund.  The other $4,013,754.73 has been paid.  Happy to discuss if you would like.  Thanks.


**Peter A. Stokes** | Partner
Norton Rose Fulbright US LLP
98 San Jacinto Boulevard, Suite 1100, Austin, Texas  78701-4255, United States
Tel +1 512 536 5287 | Fax +1 512 536 4598
peter.stokes@nortonrosefulbright.com

## NORTON ROSE FULBRIGHT

*Law around the world*
nortonrosefulbright.com

**CONFIDENTIALITY NOTICE:** This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.