**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BO SHEN, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No. 3:20-cv-00691-D |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS AND PAR CHADHA, | § § § § | |
| Defendants. | § § § | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants apologize to the Court and to Plaintiffs for the delay and have wired the remaining payment of $496,245.27 to the settlement account today. We understand Plaintiffs have received the payment and intend to withdraw their motion, which Defendants believe is now moot.

- 1 -

RESPECTFULLY SUBMITTED,


By:  /s/ Peter A. Stokes

**NORTON ROSE FULBRIGHT US LLP**

Ellen B. Sessions
State Bar No. 00796282
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7921
Telephone: (214) 855-7465

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201

*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I certify that I filed this document on October 16, 2023, through the Court's ECF system, which automatically transmits the filing to all counsel of record for all parties in this litigation.

/s/ Peter A. Stokes