**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No. 3:20-CV-00691-D |
| v. | **CLASS ACTION** |
| EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, and PAR CHADA | **NO HEARING REQUESTED** |
| Defendants | |

**LEAD COUNSEL'S NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR ENFORCEMENT OF SETTLEMENT AGREEMENT**

On October 12, 2023, Court-appointed lead plaintiff Insur Shamgunov ("Lead Plaintiff"), on behalf of himself and the proposed Settlement Class, filed a Motion to Enforce Settlement Agreement. ECF No. 95. On October 16, 2023, Defendants[1] funded the remaining amounts owed under the Settlement Agreement. *See* ECF No. 97. Lead Plaintiff thanks the Court for its prompt attention to this matter, and hereby withdraws his Motion to Enforce Settlement Agreement.

DATED: October 16, 2023

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Kara M. Wolke*
Kara M. Wolke (*pro hac vice*)
kwolke@glancylaw.com
Joseph D. Cohen (*pro hac vice*)
jcohen@glancylaw.com
Raymond D. Sulentic (*pro hac vice*)
rsulentic@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150

*Lead Counsel for Lead Plaintiff and the Proposed Settlement Class*

**KENDALL LAW GROUP, PLLC**
Joe Kendall
Texas Bar No. 11260700
jkendall@kendalllawgroup.com
3232 McKinney Ave., Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000

*Local Counsel for Lead Plaintiff and the Proposed Settlement Class*

---

[1] Defendants are: Exela Technologies, Inc. ("Exela" or the "Company"), and Ronald Cogburn ("Cogburn"), Parvinder Chadha ("Chadha") and James G. Reynolds ("Reynolds") (collectively, the "Individual Defendants"; and, together with Exela, the "Defendants"; and together with Lead Plaintiff, the "Parties").

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants.

*/s/ Kara M. Wolke*
Kara M. Wolke

2