**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| BO SHEN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>      PLAINTIFF,<br><br>V.<br><br>EXELA TECHNOLOGIES, INC., RONALD COGBURN,  JAMES G. REYNOLDS AND PAR CHADHA,<br><br>      DEFENDANTS. | § § § § § § § § § § § § § | Civil Action No. 3:20-cv-00691-D<br><br><br><br>**DECLARATION OF PETER A. STOKES REGARDING COMPLIANCE WITH CLASS ACTON FAIRNESS ACT** |

In accordance with the Federal Rules of Civil Procedure, I, Peter A. Stokes, do hereby declare as follows.

1.    My name is Peter A. Stokes. I am counsel of record for Exela Technologies, Inc. ("Exela"), Ronald Cogburn, James G. Reynolds, and Par Chadha ("Defendants") in this litigation. I am competent to make this Declaration and have knowledge of the facts discussed below.

2.    On August 4, 2023, ten days after the settlement agreement in this matter was filed with the Court, employees of Norton Rose Fulbright US LLP acting under my direction sent the materials described in 28 U.S.C. § 1715(b) to the appropriate Federal official described in 28 U.S.C. § 1715(a)(1) and to the appropriate State officials described in 28 U.S.C. § 1715(a)(2) for all US states. After receiving an incorrect-address notification for the appropriate State official for the state of Nevada, employees of Norton Rose Fulbright US LLP acting under my direction sent another set of the materials described in 28 U.S.C. § 1715(b) to the updated address for the appropriate State official for the state of Nevada as described in 28 U.S.C. § 1715(a)(2) on August 9, 2023.

- 1 -

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 29th day of November 2023.

/s/ Peter A. Stokes

Dated: November 29, 2023

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

/s/ *Peter A. Stokes*

Ellen B. Sessions
State Bar No. 00796282
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7921
Telephone: (214) 855-7465

Peter A. Stokes
State Bar No. 24028017
peter.stokes@nortonrosefulbright.com
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Telephone:  (512) 474-5201

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on November 29, 2023, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ *Peter A. Stokes*

- 2 -