## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| BO SHEN, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>EXELA TECHNOLOGIES, INC., RONALD COGBURN, JAMES G. REYNOLDS, and PAR CHADHA<br><br>              Defendants. | Case No. 3:20-cv-00691-D |

**DECLARATION OF JOSEPH D. COHEN IN SUPPORT OF REPLY MEMORANDUM IN FURTHER SUPPORT OF:  (I) LEAD PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS  ACTION SETTLEMENT AND PLAN OF ALLOCATION; AND  (II) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, Joseph D. Cohen, hereby declare:

1.     I am a partner at the law firm Glancy Prongay & Murray LLP ("GPM").  GPM is the Court-appointed Lead Counsel in the above-captioned action (the "Action").  *See* ECF No. 11.  I am an attorney duly licensed to practice law in the State of California, and I am admitted *pro hac vice* in this Action.  I have been practicing law since 1991 and have never been the subject of any disciplinary actions by either the state bar or any court.  I have never been sanctioned by a court.  I am over 18 years of age and I am fully competent in all respects to make this Declaration.  I have personal knowledge of the facts set forth herein.  If called upon to testify, I could and would do so truthfully and accurately.

2.     The Appendix in Support of the Reply Memorandum in Further Support of: (I) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("the Appendix") contains a true and correct copy of the document listed in the index to the Appendix.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 30th day of November, 2023.

/s/ *Joseph D. Cohen*
Joseph D. Cohen

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of November, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

<u>*s/ Joseph D. Cohen*</u>
Joseph D. Cohen

2